**Order filed October 29, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00570-CV

_____

## IN THE MATTER OF R.A., Appellant

---

**On Appeal from the County Court at Law No 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-CJV-013620**

---

## O R D E R

This appeal was abated for the court to reconsider its previous ruling requiring non-public registration as a sex offender, which was signed June 22, 2011. A hearing was held on March 5, 2013. After the hearing, the trial court signed a new order denying reconsideration and ordering non-public registration as a sex offender. On October 25, 2013, our record was supplemented with the new order. Accordingly, we issue the following order:

Appellant's supplemental brief addressing the evidence at the March 5, 2013, hearing, and the trial court's order signed April 9, 2013, shall be due on or

before **December 2, 2013.** The State's supplemental brief shall be due thirty days after appellant's supplemental brief is filed.


PER CURIAM